**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

J.S.C. AND J.A.M.,                               : No. 8 MAP 2021
                                                 :
                    Appellants                   :
                                                 : Appeal from the Order of the
                                                 : Commonwealth Court at No. 678
           v.                                    : MD 2019 dated January 7, 2021
                                                 :
                                                 :
PENNSYLVANIA DEPARTMENT OF                       :
HUMAN SERVICES AND TERESA MILLER                 :
IN HER OFFICIAL CAPACITY AS                      :
SECRETARY, PENNSYLVANIA                          :
DEPARTMENT OF HUMAN SERVICES,                    :
                                                 :
                    Appellees                    :


**ORDER**


**PER CURIAM**                          **DECIDED:  September 22, 2021**

        **AND NOW**, this 22nd day of September, 2021, the order of the Commonwealth

Court is **AFFIRMED**.